**Electronically Filed**
**Supreme Court**
**SCWC-15-0000473**
**07-NOV-2017**
**08:07 AM**

SCWC-15-0000473

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

THEODORE KAWIKA KAOHU, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000473; CR. NO. 11-1-1756)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Browning, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant Theodore Kawika Kaohu,
Jr.'s application for writ of certiorari filed on September 29,
2017, is hereby rejected.

DATED: Honolulu, Hawai'i, November 7, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ R. Mark Browning

